**Order filed September 12, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00772-CV
_____

## IN RE THERESA HAYNES, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**127th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-00088**

## ORDER

On September 4, 2013, relator, Theresa Haynes, filed a pro se petition for writ of mandamus in this court. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52. Theresa Haynes makes multiple requests for relief, including that we: (1) vacate the order of the Honorable R.K. Sandill, judge of the 127th District Court, Harris County, dismissing her litigation in cause number 2012-00088; (2) vacate the order of the Honorable Mike Engelhart, judge of the 151st District Court, Harris County, dismissing her bill of review in cause number 2013-25413; (3) vacate the order of the Honorable Jerry Sandel, judge of the 284th District

Court, Montgomery County, adjudging her a vexatious litigant in cause number 04-02-01229-CV; and (4) award her $10 million in damages against the judges involved in these actions because they allegedly defamed her by referring to her as a vexatious litigant.

Under section 11.101 of the Civil Practice and Remedies Code, a court may enter an order prohibiting a person from filing, pro se, a new litigation without the permission of the local administrative judge if the court finds after notice and hearing that the person is a vexatious litigant. The order adjudging Theresa Haynes a vexatious litigant makes her subject to this prefiling requirement. It specifically requires her to "obtain the permission of the Local Administrative Judge before filing any other lawsuit in the State of Texas."

Under section 11.103(a), the clerk of this court "may not file . . . [an] original proceeding . . . presented, pro se, by a vexatious litigant subject to a prefiling order under Section 11.101 unless the litigant obtains an order from the appropriate local administrative judge . . . permitting the filing." *See* Tex. Civ. Prac. & Rem. Code § 11.103(a). Theresa Haynes asserts in her petition for writ of mandamus that Judge Sandill permitted the filing of this original proceeding, but Judge Sandill is not the local administrative judge for Harris County. This court will therefore consider dismissal of this petition unless Theresa Haynes, **within 10 days of the date of this order**, shows that she has obtained an order from the local administrative judge permitting the filing of this original proceeding. Theresa Hayne is further instructed that, should she submit proof of permission to file this original proceeding, she must file with this court "a certified or sworn copy of every document that is material to [her] claim for relief," including the purported order from Judge Sandill dismissing her litigation. *See* Tex. R. App. P. 52.7(a)(1).

PER CURIAM